NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-10238 |
| Plaintiff - Appellee, | D.C. No. 2:06-cr-00161-SMM |
| v. | |
| HECTOR ISRAEL JASSO-CASILLAS, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Stephen M. McNamee, District Judge, Presiding

Submitted February 21, 2012**

Before:     FERNANDEZ, McKEOWN, and BYBEE, Circuit Judges.

Hector Israel Jasso-Casillas appeals from his jury-trial conviction and 41-

month sentence for transportation of illegal aliens, in violation of 8 U.S.C.

§ 1324(a)(1)(A)(ii) and (a)(1)(B)(ii). Pursuant to *Anders v. California*, 386 U.S.

---

\*     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

\*\*     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

738 (1967), Jasso-Casillas's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED**, and the district court's judgment is **AFFIRMED.**

10-10238